## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Teng Moua, et al.,

      Plaintiffs,                      Civil No. 08-4942 (RHK/JSM)

vs.                               **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Jani-King of Minnesota, Inc., a
Texas corporation, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 19, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge