UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teng Moua, Juan Martinez, Cheri Martinez, Kua
Vang Xiong, Maiku Thao, Cherpao Yang, Bee
Vang, Vang Pao Moua, Mailou Xiong Yang,
Vangxue Yang, Eng Thao, Choua Moua, Meshack
Balira, Ferdinand Nyambarya, VMS Inc., Richard
Chang, Lee Wong Chang, Khonekham Dejvongsa,
Nouphet Dejvongsa, Diego Cortez Dominguez,
Mohamud Egal, Mohamed Osable, Hussein Osable,
Ifran Jimale, Layla Jimale, Mohamed Jimale, Paul
Bel George, Chue Hang, Tong Thao Hang, Rexhep
Krasniqi, Tou Lor, Mai Moua Vue, Arif Metushi,
Wa Her Moua, Mee Yang, John Schroeder, Judy
Schroeder, Berhane Tesfai, Dual Cykao Thao,
Xong Thao Yang, Kou Thao, Yang Xiong, Kevin
Vilavong, Chong Xiong, Ko S. Xiong, Blia Yang,
Ying Cheng, Chang Yang, Choua Lor, Mai Blia
Yang, Pang Yang, Lue Her, for themselves and all
other persons similarly situated as franchisees of
Jani-King of Minnesota, Inc. and Jani-King
International, Inc.,

   Plaintiffs,

  v.

Jani-King of Minnesota, Inc., a Texas Corporation,
Jani-King International, Inc., a Texas Corporation,
George Selman, a Minnesota resident, and Steve
Schmidt, a Minnesota resident,

   Defendants.

**ORDER**
Civil No. 08-4942 ADM/JSM

---

Steven J. Erffmeyer, Esq., Foley & Mansfield, PLLP, Minneapolis, MN, on behalf of Plaintiffs.

Eileen M. Hunter, Esq., and Christopher J.L. Diedrich, Esq., Faegre & Benson, LLP, Minneapolis, MN, on behalf of Defendants.

---

  On October 29, 2010 the undersigned United States District Judge held a hearing

pursuant to its Order [Docket No. 115] requiring plaintiffs Ferdinand Nyambarya, Chue Hang,

Tong Thao Hang, Mai Moua Vue, and Ko S. Xiong (collectively, "Unresponsive Plaintiffs") to appear and show cause why the Court should not dismiss their claims with prejudice for failing to comply with the Court's Order of September 8, 2010 [Docket No. 109].  At the hearing, Plaintiffs' counsel explained to the Court that two of the Unresponsive Plaintiffs no longer wish to pursue their claims against the Defendants but do not consent to dismissal of their claims with prejudice.  The three other Unresponsive Plaintiffs have not responded to Plaintiffs' counsel's numerous attempts to contact them.

For the reasons stated on the record, the claims by Plaintiffs Ferdinand Nyambarya, Chue Hang, Tong Thao Hang, Mai Moua Vue, and Ko S. Xiong are **DISMISSED** with prejudice.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated:  October 29, 2010.