# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Teng Moua,
        Plaintiff(s),
v.

Jani-King of Minnesota, Inc.,
        Defendant(s).

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 08-cv-4942 |
| Date: | February 14, 2011 |
| Court Reporter: | Carla Bebault |
| Tape Number: | Courtroom 6B |
| Time Commenced: | 2:05 |
| Time Concluded: | 2:58 |
| Time in Court: | Hours & 53 Minutes |

## APPEARANCES:

For Plaintiff:    Michael W. Haag, Esq.; Christopher C. Grecian, Esq.
For Defendant:   Eileen Hunter, Esq.; Aaron Van Oort, Esq.

Interpreter / Language:    n/a

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**    ☐ **COURT**    ☐ **PLAINTIFF**   ☐ **DEFENDANT**

Motions taken under advisement as of:    February 14, 2011 Defendants' Motion for Sanctions and to Strike Discovery Responses [Docket No. 128]

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

                                                  s/mes
                                         Signature of Law Clerk