UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Teng Moua, Juan Martinez, Cheri Martinez, Kua Vang Xiong, Maiku Thao, Cherpao Yang, Bee Vang, Vang Pao Moua, Mailou Xiong Yang, Vangxue Yang, Eng Thao, Choua Moua, Meshack Balira, Ferdinand Nyambarya, VMS Inc., Richard Chang, Lee Wong Chang, Khonekham Dejvongsa, Nouphet Dejvongsa, Diego Cortez Dominguez, Mohamud Egal, Mohamed Osable, Hussein Osable, Ifran Jimale, Layla Jimale, Mohamed Jimale, Paul Bel George, Chue Hang, Tong Thao Hang, Rexhep Krasniqi, Tou Lor, Mai Moua Vue, Arif Metushi, Wa Her Moua, Mee Yang, John Schroeder, Judy Schroeder, Berhane Tesfai, Dual Cykao Thao, Xong Thao Yang, Kou Thao, Yang Xiong, Kevin Vilavong, Chong Xiong, Ko S. Xiong, Blia Yang, Ying Cheng, Chang Yang, Choua Lor, Mai Blia Yang, Pang Yang, and Lue Her,

        Plaintiffs,

   v.

Jani-King of Minnesota, Inc., a Texas Corporation, Jani-King International, Inc., a Texas Corporation, George Selman, a Minnesota resident, and Steve Schmidt, a Minnesota resident.,

        Defendants.

No. 08-CV-4942 (ADM/JSM)

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS OF ALL REMAINING PLAINTIFFS**

Plaintiffs and defendants Jani-King of Minnesota, Inc., a Texas Corporation, Jani-King International, Inc., a Texas Corporation, George Selman, a Minnesota resident and Steve Schmidt, a Minnesota resident, by their undersigned attorneys of record, hereby stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims of all remaining plaintiffs in this case—Teng Moua, Juan Martinez, Cheri Martinez, Kua Vang Xiong, Maiku Thao, Cherpao Yang, Bee Vang, Vang Pao Moua, Mailou Xiong Yang, Vangxue Yang, Eng

Thao, Choua Moua, Meshack Balira, VMS Inc., Richard Chang, Lee Wong Chang, Khonekham Dejvongsa, Nouphet Dejvongsa, Diego Cortez Dominguez, Mohamud Egal, Mohamed Osable, Mohamed Jimale, Paul Bel George, Rexhep Krasniqi, Tou Lor, Arif Metushi, Wa Her Moua, Mee Yang, John Schroeder, Judy Schroeder, Dual Cykao Thao, Xong Thao Yang, Kou Thao, Yang Xiong, Kevin Vilavong, Chong Xiong, Blia Yang, Ying Cheng, Chang Yang, Choua Lor, Mai Blia Yang, Pang Yang, and Lue Her—are dismissed with prejudice and on the merits, with each side to bear its own costs and attorneys' fees. All other plaintiffs have previously been dismissed from this case with prejudice. Thus, this stipulation finally resolves this litigation.

**IT IS SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.**

Dated: August 2, 2012

**FOLEY & MANSFIELD, P.L.L.P.**

s/ Christopher C. Grecian
Thomas W. Pahl (#243012)
Michael W. Haag (#39007)
Steven J. Erffmeyer (#276534)
Christopher C. Grecian (#0387693)
250 Marquette Avenue, Suite 1200
Minneapolis, MN 55401
Telephone: (612) 338-8788

**Attorneys for Plaintiffs**

Dated: August 2, 2012

**FAEGRE BAKER DANIELS LLP**

s/ Kerry L. Bundy
Kerry L. Bundy (#266917)
Eileen M. Hunter (#0336336)
Christopher J.L. Diedrich (#0389442)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 7667000

**Attorneys for Defendants**